

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2015

No. 04-15-00281-CR

Kevin **BALDITT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3121
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

The panel has considered the Appellant's motion for extension of time to file the motion for rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court